**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GREGORY ROSHAY,

Plaintiff,

v. No. 1:25-cv-00925-KG-LF

EDUARDO BECERRA and JANE DOE BECERRA, husband and wife, and their Marital community; and YOUNGS FREIGHTWAYS, INC., a California corporation, D/B/A YOUNGS TRANSPORT,

Defendants.

**ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT**

The Court, having considered Defendant's Motion to Set Aside Clerk's Entry of Default, Doc 29, and being otherwise fully advised, FINDS that good cause exists under Fed. R. Civ. P. 55(c).

IT IS ORDERED:

1. The Entry of Default entered on November 20, 2025, Doc 8, is **SET ASIDE**.
2. Defendant shall file an Answer within 10 days of this Order.

/s/Kenneth J. Gonzales____________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.