**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GREGORY ROSHAY,

Plaintiff,

v. No. 1:25-cv-00925-KG-LF

EDUARDO BECERRA and JANE DOE BECERRA, husband and wife, and their Marital community; and YOUNGS FREIGHTWAYS, INC., a California corporation, D/B/A YOUNGS TRANSPORT,

Defendants.

**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**

This matter is before the Court on Plaintiff Gregory Roshay's Motion to for Leave to Amend Complaint, Doc. 30. Defendants do not oppose the Motion. *See* Doc. 32.

Plaintiff seeks leave amend the Complaint under Fed. R. Civ. P. 15(a)(2) to add Defendants Trisura Specialty Insurance Company ("Trisura"), an Oklahoma corporation, and Athens Program Insurance Services, LLC ("Athens"), a California limited liability company and one count of Unfair Claims Practices pursuant to NMSA 1978, §§ 59A-16-20, 59A-16-30. Doc. 30 at 1; *see also* Doc. 30-1. In support of the Motion to Amend Complaint, Plaintiff states that Athens is the authorized third-party claims handler for Trisura, which insured Defendant Youngs Transport at the time of the incident at issue. Doc. 30 at 1. Plaintiff further alleges these defendants "refuse to reasonably investigate the claims for loss of damage to Plaintiff's sunroof and brakes when liability has become reasonably clear." *Id.*

The Court, having considered Plaintiff's Motion for Leave to Amend Complaint, Doc 30, and being otherwise fully advised, grants Plaintiff leave to amend under Fed. R. Civ. P. 15(a)(2).

IT IS ORDERED:

1. Plaintiff's request to file a First Amended Complaint is **GRANTED**.
2. Plaintiff shall file a First Amended Complaint within 10 days of this Order.

/s/Kenneth J. Gonzales___________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.