IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GREGORY ROSHAY,

Plaintiff,

v. No. 1:25-cv-00925-KG-LF

EDUARDO BECERRA et al.,

Defendants.

**ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT**

The parties have reached a negotiated resolution in this matter.

IT IS THEREFORE ORDERED that closing documents must be filed no later than **Friday, December 18, 2026**, absent a written motion showing good cause for an extension.

Laura Fashing
United States Magistrate Judge